AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Michigan

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Danielle Lena-Mary Jones | ) | Case No. |
|  | ) | 1:23-mj-00395 |
|  | ) | |
|  | ) | |
|  | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of   August 30, 2023   in the county of   Ionia   in the   Western   District of   Michigan  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C) | Possession with intent to distribute a mixture and substance containing a detectable amount of methamphetamine. |

This criminal complaint is based on these facts:

See attached Continuation.

☐ Continued on the attached sheet.

*Complainant's signature*

SA Heather Williamson, DEA
*Printed name and title*

Sworn to before me and signed in my presence.

Date:   08/31/2023

*Judge's signature*

City and state:   Grand Rapids, Michigan      Phillip J. Green, U.S. Magistrate Judge
*Printed name and title*