UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                                                    Case No. 1:23-mj-00395

DANIELLE LENA-MARY JONES,

    Defendant.
_____/

## NOTICE OF APPEARANCE

The undersigned counsel enter their appearance for the United States in the above captioned case.

                                                  Respectfully submitted,

                                                  MARK A. TOTTEN
                                                  United States Attorney

Date: August 31, 2023                  /s/ Daniel T. McGraw
                                                  DANIEL T. McGRAW
                                                  Assistant United States Attorney
                                                  P.O. Box 208
                                                  Grand Rapids, Michigan  49501-0208
                                                  (616) 456-2404