UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

No.   1:23-mj-00395

v.

COMPLAINT
**PENALTY SHEET**

DANIELLE LENA-MARY JONES,

    Defendant.
_____/

<u>Possession with intent to distribute methamphetamine, 21 U.S.C. §§ 841(a)(1)</u>

**Maximum penalty:** Not more than 20 years in prison and a $1,000,000 fine [21 U.S.C. § 841(b)(1)(C)]

**Supervised Release:** At least 3 years up to life [21 U.S.C. § 841(b)(1)(C)]

**Special Assessment**: $100 [18 U.S.C. § 3013]


Date:  August 31, 2023

/s/ Daniel T. McGraw
Counsel for the United States

Submitted in accordance with Admin Order 17-MS-046