## UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN
## CRIMINAL MINUTE SHEET

| USA v.   Danielle Lena-Mary Jones | Mag. Judge:  Phillip J. Green |
|---|---|

| CASE NUMBER | DATE | TIME (begin/end) | PLACE | INTERPRETER |
|---|---|---|---|---|
| 1:23-mj-00395-PJG-1 | 8/31/2023 | 4:24 - 4:44 PM | Grand Rapids | |

**APPEARANCES:**

| Government:<br>Daniel T. McGraw by Joel Fauson | Defendant:<br>Appeared w/out counsel (court to appoint) | Counsel Designation: |
|---|---|---|

| OFFENSE LEVEL | CHARGING DOCUMENT/COUNTS | CHARGING DOCUMENT |
|---|---|---|
| Felony | Complaint | Read ✓<br>Reading Waived __ |

| TYPE OF HEARING | DOCUMENTS | CHANGE OF PLEA |
|---|---|---|
| __ First Appearance<br>__ Arraignment:<br>   __mute     __nolo contendre<br>   __not guilty    __guilty<br>__ Initial Pretrial Conference<br>__ Detention   (waived __)<br>__ Preliminary  (waived __)<br>__ Rule 5 Proceeding<br>__ Revocation/SRV/PV<br>__ Bond Violation<br>__ Change of Plea<br>__ Sentencing<br>__ Other: _____ | __ Defendant's Rights<br>__ Waiver of _____<br>__ Consent to Mag. Judge for _____<br>__ Other: _____<br><br>Court to Issue:<br>__ Report & Recommendation<br>__ Order of Detention<br>__ Order to file IPTC Statements<br>__ Bindover Order<br>✓ Order Appointing Counsel<br>✓ Other: Rule 5F | Guilty Plea to Count(s) ____<br>of the ____<br>Count(s) to be dismissed at sentencing: ____<br><br>Presentence Report:<br>   __Ordered    __Waived<br>__ Plea Accepted by the Court<br>__ No Written Plea Agreement<br><br>**EXPEDITED RESOLUTION**<br>__ Case appears appropriate for expedited resolution |

| ADDITIONAL INFORMATION | SENTENCING |
|---|---|
| Mr. Pedro Celis appeared with defendant. | Imprisonment: ____<br>Probation: ____<br>Supervised Release: ____<br>Fine: $ ____<br>Restitution: $ ____<br>Special Assessment: $ ____<br>Plea Agreement Accepted:      __Yes  __No<br>Defendant informed of right to appeal:   __Yes  __No<br>Counsel informed of obligation to file appeal: __Yes  __No |

| CUSTODY/RELEASE STATUS | BOND AMOUNT AND TYPE |
|---|---|
| Released on Bond | $ 25,000.00                    Unsecured |
| **CASE TO BE:**   Set for Hearing before Mag. Judge | **TYPE OF HEARING:**  Preliminary Hearing |
| **Reporter/Recorder:**   Digitally Recorded | **Courtroom Deputy:**      A. Doezema |