UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                Case No. 1:23–mj–00395–PJG

  v.                           Hon. Phillip J. Green

DANIELLE LENA–MARY JONES,

       Defendant.
_____/

### ORDER HOLDING DEFENDANT
### FOR PROCEEDINGS BEFORE THE GRAND JURY

      The parties appeared before me on September 12, 2023 for a preliminary examination on the complaint, which charges defendant with possession with intent to distribute a mixture and substance containing a detectable amount of methamphetamine in violation of 21:841(a)(1), 841(b))(1)(C). Defendant was represented by counsel and waived a preliminary examination on the record. Accordingly:

    IT IS ORDERED that defendant be and hereby is bound over for further proceedings before the grand jury pursuant to Fed. R. Crim. P. 5.1.   An arraignment and initial pretrial conference if indicted, or status conference, is set before the undersigned on October 4, 2023 at 10:00 AM.

    IT IS SO ORDERED.


Dated:  September 12, 2023       /s/ Phillip J. Green_____
                               PHILLIP J. GREEN
                               U.S. Magistrate Judge